UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLANOX TECHNOLOGIES, LTD.,<br><br>                    Plaintiff,<br><br>         v.<br><br>METHODE ELECTRONICS, INC.,<br><br>                    Defendant. | Case No. 15-cv-03730-PJH<br><br>**ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS AND DENYING MOTION TO SHORTEN TIME**<br><br>Re: Dkt. Nos. 89, 90 |

Before the court are defendant Methode Electronics, Inc.'s ("Methode") administrative motions to remove incorrectly filed documents from ECF (Dkt. 90) and to shorten time for its pending motion for leave to amend the joint claim construction statement (Dkt. 89).

The motion to remove incorrectly filed documents is GRANTED. The motion is not opposed, and the documents—Dkt. Nos. 80-2, 80-8, 80-9—were filed in conjunction with a motion that was subsequently withdrawn. The court ORDERS that these documents shall be permanently removed from ECF.

The motion to shorten time is DENIED. Methode has not established the substantial harm or prejudice required under the local rules. See L.R. 6-3(a)(3). Methode's motion to leave to amend will be heard according to the usual briefing schedule and the noticed hearing date of October 19.

**IT IS SO ORDERED.**

Dated: September 14, 2016

_____
PHYLLIS J. HAMILTON
United States District Judge