Ryan W. Koppelman (State Bar No. 290704)
Ryan.Koppelman@alston.com
Xavier M. Brandwajn (State Bar No. 246218)
Xavier.Brandwajn@alston.com
Timothy Watson (State Bar No. 293774)
Tim.Watson@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001

Michael S. Connor (Admitted *Pro Hac Vice*)
Mike.Connor@alston.com
ALSTON & BIRD LLP
Bank of America Plaza
101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: 704-444-1000
Facsimile: 704-444-1111

*Attorneys for Plaintiff*
*Mellanox Technologies, Ltd.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELLANOX TECHNOLOGIES, LTD., <br><br> Plaintiff, <br><br> v. <br><br> METHODE ELECTRONICS, INC., <br><br> Defendant. | Case No.: 4:15-CV-03730-PJH <br><br> **STIPULATION FOR ENTRY OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a)(1)(A)(ii) and 41(c)** AND ORDER <br><br> Courtroom 3, 3rd Floor <br> Judge: Hon. Phyllis J. Hamilton <br> Trial Date: None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

1 | Plaintiff Mellanox Technologies, Ltd. ("Plaintiff") and Defendant Methode Electronics, Inc. ("Defendant") (collectively, the "Parties") have resolved the issues raised by the claims in this action involving U.S. Patent Nos. 7,934,959 and 8,419,444 ("Asserted Patents") and the counterclaims asserted by Defendant.  Plaintiff filed its initial Complaint on August 16, 2015, its First Amended Complaint on December 3, 2015, and its Second Amended Complaint on March 17, 2016.  On April 7, 2016, Defendant filed its Answer, Affirmative Defenses and Counterclaims, and on July 26, 2016, filed Defendant's First Amended Answer, Affirmative Defenses and Counterclaim (collectively, "the Lawsuit").

In view of the foregoing, the Parties hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41(c), that this Action, including all claims and counterclaims asserted by Plaintiff and Defendant in the Lawsuit, is dismissed with prejudice.  Each Party shall bear its own expenses, costs and fees.

Dated: December 12, 2016          **ALSTON & BIRD LLP**

By: */s/ Michael S. Connor*
Ryan W. Koppelman (State Bar No. 290704)
Ryan.Koppelman@alston.com
Xavier M. Brandwajn (State Bar No. 246218)
Xavier.Brandwajn@alston.com
Timothy Watson (State Bar No. 293774)
Tim.Watson@alston.com
ALSTON & BIRD LLP
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001

Michael S. Connor (Admitted *Pro Hac Vice*)
Mike.Connor@alston.com
ALSTON & BIRD LLP
Bank of America Plaza, 101 South Tryon Street, Suite 4000
Charlotte, NC 28280-4000
Telephone: 704-444-1000
Facsimile: 704-444-1111

Attorneys for Plaintiff
Mellanox Technologies, Ltd.

| | |
|---|---|
| Dated: December 12, 2016 | By: */s/ David L. Newman (with permission)* <br> David L. Newman (*pro hav vice*) <br> dnewman@gouldratner.com <br> Robert A. Carson (*pro hav vice*) <br> rcarson@gouldratner.com <br> Stephanie A. Petersmarck (*pro hav vice*) <br> spetersmarck@gouldratner.com <br> Christina O. Alabi (*pro hav vice*) <br> calibi@gouldratner.com <br> GOULD & RATNER LLP <br> 222 North LaSalle Street <br> Suite 800 <br> Chicago, Illinois 60601 <br> Telephone: 312.899.1691 <br> Facsimile: 312.236.3241 <br> <br> Matthew K. Blackburn (SBN 261959) <br> mblackburn@diamondmccarthy.com <br> DIAMOND MCCARTHY LLP <br> 150 California Street, Suite 2200 <br> San Francisco, California 94111 <br> Telephone: 415-692-5200 <br> Facsimile: 415-263-9200 <br> <br> Attorneys for Defendants <br> Methode Electronics Inc. |

**IT IS SO ORDERED:**

Dated: December 14, 2016

_____
Hon. Phyllis J. Hamilton
United States District Judge

**DECLARATION OF CONSENT**

The undersigned filer attests, pursuant to Civil Local Rule 5-1(i)(3), that the concurrence in the filing of the document has been obtained from the other parties to this document.

Dated: December 12, 2016          By:   */s/ Michael S. Connor*
                                          Michael S. Connor